UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GONSALVES-PASTORE REALTY, LLC d/b/a CENTURY 21,<br><br>      Plaintiff,<br><br>v.<br><br>TWIN CITY FIRE INSURANCE CO. d/b/a THE HARTFORD,<br><br>      Defendant. | CIVIL ACTION NO. 1:18-cv-00185-JJM-PAS |

## **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to the Federal Rules of Civil Procedure Rule 41(a)(1)(ii), the parties to the above-captioned action hereby stipulate that this action be dismissed without prejudice and without costs or attorney's fees.

Plaintiff,
GONSALVES-PASTORE REALTY, LLC
d/b/a CENTURY 21,
By Its Attorney,

/s/ Matthew T. Oliverio
Matthew T. Oliverio, Esquire (#3372)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI  02903
401-861-2900
401-861-2922 (facsimile)
mto@om-rilaw.com


Dated:  February 7, 2019

Defendant,
TWIN CITY FIRE INSURANCE CO. d/b/a
THE HARTFORD
By Its Attorneys,

/s/ Margaret C. Nash
David A. Grossbaum, Esquire (#6742)
Margaret C. Nash, Esquire (#8866)
HINSHAW & CULBERTSON LLP
56 Exchange Terrace
Providence, RI 02903
401-751-0842
401-751-0072  (facsimile)
dgrossbaum@hinshawlaw.com
mnash@hinshawlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 7, 2019.

                                                */s/ Matthew T. Oliverio*